# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ANTHONY SMITH**
**ADC #146084**                                                                    **PLAINTIFF**

v.                          No. 4:19-cv-295-DPM

**LUCAS EMBERTON**, Sheriff, Van
Buren County;   **MIKE SHAMOON**,
Jail Administration, Van Buren County
Jail;   and **VAN BUREN COUNTY JAIL**            **DEFENDANTS**

## ORDER

Unopposed recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Smith's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 June 2019