IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY SMITH
ADC #146084                                                           PLAINTIFF

v.                       No. 4:19-cv-295-DPM

LUCAS EMBERTON, Sheriff, Van
Buren County;  MIKE SHAMOON,
Jail Administration, Van Buren County
Jail;  and VAN BUREN COUNTY JAIL                                      DEFENDANTS

## JUDGMENT

Smith's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

13 June 2019